**Order entered September 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00993-CV
No. 05-18-00994-CV

**IN RE SHEMONT JAYRON GULLATT, Relator**

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F-11-61616-W and F-11-70820-W**

# ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    DAVID L. BRIDGES
        JUSTICE